DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH CHERIMA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-0135

[November 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Howard K. Coates, Jr., Judge; L.T. Case No. 502019CF008329A.

Carey Haughwout, Public Defender, and Robert Porter, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***